NUMBER 13-00-658-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

___________________________________________________________________


WILLIAM M. SHERMAN , Appellant,


v.

UNIVERSITY OF TEXAS MEDICAL BRANCH AT GALVESTON , Appellee.

___________________________________________________________________


On appeal from the 10th District Court 

of Galveston County, Texas

___________________________________________________________________


O P I N I O N

Before Justices Dorsey, Rodriguez, and Castillo

Opinion Per Curiam


Appellant, WILLIAM M. SHERMAN , attempted to perfect an appeal from an order entered by the 10th District Court of
Galveston County, Texas, in cause number 99CV0970 . The order in this cause was signed on August 22, 2000 . Pursuant
to Tex. R. App. P. 26.1(b), appellant's notice of accelerated appeal was due on September 11, 2000 , but was not filed until
September 19, 2000 . 

Notice of this defect was given so that steps could be taken to correct the defect, if it could be done. Appellant was advised
that, if the defect was not corrected within ten days from the date of receipt of this Court's letter, the appeal would be
dismissed. To date, no response has been received from appellant.

The Court, having examined and fully considered the documents on file, appellant's failure to timely perfect his appeal, and
appellant's failure to respond to this Court's notice, is of the opinion that the appeal should be dismissed for want of
jurisdiction. The appeal is hereby DISMISSED FOR WANT OF JURISDICTION.

PER CURIAM



Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 31st day of August, 2001 .